UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER QUARLES,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF CONTRA COSTA,<br><br>        Defendant. | Case No. 23-cv-06636-RFL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

      On February 5, 2024, the Court determined that Quarles's civil rights complaint in this action failed to state a claim upon which relief may be granted. (Dkt. No. 6.) The Court granted Quarles leave to file an amended complaint no later than March 4, 2024, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action.

      Quarles did not file an amended complaint, and the deadline by which to do so has long passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

      The Clerk shall terminate all pending motions and close the file.

    **IT IS SO ORDERED.**

Dated: July 10, 2024

_____
RITA F. LIN
United States District Judge